IN RE ESTATE OF MAYER, DECEASED.

[Cite as *In re Estate of Mayer* (1994), 71 Ohio St.3d 390.]

(No. 94-797—Submitted December 20, 1994—Decided December 30, 1994.)

---

*Wasserman, Bryan, Landry & Honold, John A. Landry* and *John C. Wasserman,* for appellees Gary Blumenthal, Warner Blumenthal and Walter Blumenthal.

*Eastman & Smith, James F. Nooney* and *John D. Willey, Jr.,* for appellant Jane Markwood.

---

*Sua sponte,* the judgment of the court of appeals is reversed and the cause is remanded to that court for consideration of the appeal in light of *Wright v. Bloom* (1994), 69 Ohio St.3d 596, 635 N.E.2d 31.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY, J., dissents.

RESNICK, J., not participating.